UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, <br><br> Defendants. | Civil Action No. 25-2453 (BAH) <br><br> Judge Beryl A. Howell |

### ORDER

Upon consideration of plaintiffs Planned Parenthood of Greater New York, Planned Parenthood of California Central Coast, and Planned Parenthood of the Heartland's Motion for Summary Judgment, ECF No. 22, defendants Department of Health and Human Services ("HHS") and Secretary Robert Kennedy's cross-Motion to Dismiss, ECF No. 25, the legal memoranda, the administrative record, and the entire case record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' Motion for Summary Judgment, ECF No. 22, as to Count IV of their Complaint, ECF No. 1, claiming that the *OASH Teen Pregnancy Prevention Program Policy Notice* ("TPP Policy Notice"), dated July 1, 2025, violates the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(A), as arbitrary and capricious, is **GRANTED**; it is further

**ORDERED** that defendants' cross-Motion to Dismiss, ECF No. 25, is **DENIED**; it is further

**ORDERED** that defendants' TPP Policy Notice is **VACATED**, and its application by defendants **ENJOINED**; it is further

1

**ORDERED** that judgment is entered in favor of plaintiffs; and it is further

**ORDERED** that the Clerk of Court is directed to close this case.

**SO ORDERED**.

*This is a final and appealable order.*

Date:  October 7, 2025

                                                  **BERYL A. HOWELL**
                                                  United States District Judge