AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
OCT 07 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Planned Parenthood Of Greater New York et al )
  *Plaintiff* )
v. ) Civil Action No. 25-2453 (BAH)
U.S. Department Of Health And Human Services et al )
  *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of plaintiffs

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Beryl A. Howell on a motion for Summary Judgment by plaintiffs as to Count IV of their complaint and Cross-Motion to Dismiss by the defendants.

Date: 10/07/2025

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*