**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-cv-2453 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' NOTICE OF SETTLEMENT AND**
**WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES**

Plaintiffs Planned Parenthood of Greater New York, Planned Parenthood California Central Coast, and Planned Parenthood of the Heartland submit this notice to provide the Court with the following updates:

1. The parties have resolved Plaintiffs' request for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2. Plaintiffs therefore withdraw Plaintiffs' Skeletal Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act, ECF No. 35.

3. The Court's judgment, ECF No.33, remains in effect.

4. No disputes remain between the parties in this case.

Dated: March 23, 2026

Respectfully submitted,

By:    */s/ Andrew T. Tutt*
Drew A. Harker (DC Bar # 412527)
Andrew T. Tutt (DC Bar # 1026916)
Bonnie Devany (*pro hac vice*)
Daniel Yablon (DC Bar # 90022490)
John V. Hoover (DC Bar # 90006181)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW

Washington, DC 20001
(202) 942-5000
drew.harker@arnoldporter.com
andrew.tutt@arnoldporter.com
bonnie.devany@arnoldporter.com
daniel.yablon@arnoldporter.com
jack.hoover@arnoldporter.com

Emily Nestler (DC Bar # 973886)
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1100 Vermont Avenue NW
Washington, DC 20005
(202) 973-4800
emily.nestler@ppfa.org

Valentina De Fex (*pro hac vice*)
Melissa Shube (DC Bar # 241034)
PLANNED PARENTHOOD FEDERATION OF
AMERICA
123 William Street, 9th Floor
New York, NY 10038
Phone: (212) 261-4696
valentina.defex@ppfa.org
melissa.shube@ppfa.org

2