**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK *et al.* | **)** | |
| | **)** | |
| Plaintiffs, | **)** | |
| v. | **)** | Civil Action No. 25-cv-2453 |
| | **)** | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.* | **)** | |
| | **)** | |
| Defendants. | **)** | |
| | **)** | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2026, Minute Order, the parties respectfully submit this

Joint Status Report advising the Court that there are no remaining disputes between the parties.

Dated: April 3, 2026

Respectfully submitted,

By:    */s/ Andrew T. Tutt*
       Drew A. Harker (DC Bar # 412527)
       Andrew T. Tutt (DC Bar # 1026916)
       Bonnie Devany (*pro hac vice*)
       Daniel Yablon (DC Bar # 90022490)
       John V. Hoover (DC Bar # 90006181)
       ARNOLD & PORTER KAYE SCHOLER LLP
       601 Massachusetts Avenue, NW
       Washington, DC 20001
       (202) 942-5000
       drew.harker@arnoldporter.com
       andrew.tutt@arnoldporter.com
       bonnie.devany@arnoldporter.com
       daniel.yablon@arnoldporter.com
       jack.hoover@arnoldporter.com

       Emily Nestler (DC Bar # 973886)
       PLANNED PARENTHOOD FEDERATION OF
       AMERICA
       1100 Vermont Avenue NW
       Washington, DC 20005

(202) 973-4800
emily.nestler@ppfa.org

Valentina De Fex (*pro hac vice*)
Melissa Shube (DC Bar # 241034)
PLANNED PARENTHOOD FEDERATION OF
AMERICA
123 William Street, 9th Floor
New York, NY 10038
Phone: (212) 261-4696
valentina.defex@ppfa.org
melissa.shube@ppfa.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*Michelle R. Bennett*
MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

MICHAEL J. GERARDI
(D.C. Bar No. 1017949)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-0680
Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*

2